IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| MICHAEL B. BROWN and MASON BROWN, | * |
| Plaintiffs, | * |
| v. | Case No. 4:23-cv-95 (CDL) |
| | * |
| COLUMBUS CONSOLIDATED GOVERNMENT OF COLUMBUS, GEORGIA, *et al.*, | * |
| | * |
| Defendants. | * |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated September 25, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiffs shall recover nothing of Defendants.

This 25th day of September 2023.

David W. Bunt, Clerk

s/ Timothy L. Frost, Deputy Clerk